USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/22/2020____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X

UNITED STATES OF AMERICA    :

    :        20-CR-670 (VEC)

    -against-    :

    :        ORDER

VACHON COMBS and JAIME MARQUEZ    :
RODRIGUEZ,    :

    :

        Defendants.    :

-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on December 22, 2020, Mr. Marquez-Rodriguez appeared for an arraignment by teleconference;

WHEREAS on December 22, 2020, Mr. Marquez-Rodriguez pled not guilty

IT IS HEREBY ORDERED THAT:

1. The Government must produce all discovery, other than material obtained from the electronic devices seized at the time of Defendants' arrests, by **January 8, 2021.**

2. The parties are directed to appear for a status conference on **March 31, 2021 at 2:30 p.m.**

3. In light of the logistical difficulties created by the COVID-19 pandemic, pursuant to 18 U.S.C. § 3161(h)(7)(A), the period of time between December 22, 2020 and March 31, 2021, is excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by accommodating those logistical difficulties outweigh the Defendant's and the public's interests in a speedy trial.

**SO ORDERED.**

Date:  **December 22, 2020**
      **New York, NY**

**VALERIE CAPRONI**
**United States District Judge**