USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/30/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA         :

                                        :      20-CR-670 (VEC)
            -against-                  :
                                        :      <u>ORDER</u>
  JAIME MARQUEZ RODRIGUEZ,      :

                            Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Defendant has requested a change-of-plea hearing;

      IT IS HEREBY ORDERED THAT: The hearing will be held <u>in person</u> on **July 20, 2021 at 4:00 p.m.** in Courtroom 443.

      Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0670. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

Date: June 30, 2021
      New York, NY

_____
  **VALERIE CAPRONI**
  **United States District Judge**