USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/14/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA :
:  20-CR-670 (VEC)
-against- :
: ORDER
JAIME MARQUEZ RODRIGUEZ, :
:
Defendant. :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS Defendant has requested a change-of-plea hearing;

IT IS HEREBY ORDERED THAT: The hearing will be held <u>in person</u> on **August 3, 2021 at 2:00 p.m.** in Courtroom 443.

Members of the public may attend the hearing by dialing (888) 363-4749, using the access code 3121171 and the security code 0670. Any recording of the hearing is strictly prohibited.

**SO ORDERED.**

**Date: July 14, 2021**
**New York, NY**

_____
**VALERIE CAPRONI
United States District Judge**