USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                :
                                        :       20-CR-670 (VEC)
           -against-                    :
                                        :       ORDER
JAIME MARQUEZ RODRIGUEZ,                :
                                        :
                         Defendant.     :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing is scheduled for February 9, 2022 at 10:30 a.m., *see* Dkt. 53;

WHEREAS the Defendant requested an adjournment of the sentencing date due to difficulties he has encountered because of the COVID pandemic in preparing his sentencing submission, see Dkt. 63;

IT IS HEREBY ORDERED that Defendant's sentencing is adjourned to **June 8, 2022 at 3:30 p.m.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.  Sentencing submissions are due **May 25, 2022**. The parties are reminded that, per the SDNY COVID-19 Courthouse Entry Program, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Please see the enclosed instructions.  Completing the questionnaire ahead of time will save time and effort upon entry.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Please contact chambers promptly if you or your client do not meet the requirements.

IT IS FURTHER ORDERED that the Clerk of Court is respectfully directed to close the open motion at docket entry 63.

**SO ORDERED.**

**Date: January 29, 2022**
     **New York, NY**

                                              **VALERIE CAPRONI**
                                             **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.