```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/15/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                    :
                                            :        20-CR-670 (VEC)
            -against-                       :
                                            :        ORDER
JAIME MARQUEZ RODRIGUEZ,                    :
                                            :
                        Defendant.          :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on July 2, 2022, Defense counsel requested permission to file Defendant's sentencing submission be under seal; and

WHEREAS a sentencing hearing was held on July 15, 2022;

IT IS HEREBY ORDERED that, as discussed at the hearing, permission to submit the Defendant's sentencing submission under seal is DENIED without prejudice to filing a more narrowly tailored request by no later than **July 20, 2022**.

**SO ORDERED.**

Date:  July 15, 2022
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**